UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDDIE ALONZO SALINAS,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>  Defendant. | CASE NO.: 1:23-cv-00634-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE LONG FORM IFP APPLICATION**<br><br>(Doc. 2) |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. Doc. 2. The application reflects the following income sources: 1) cash aid ($1,070), 2) girlfriend's social security ($1,100); 3) son's social security ($1,000), and 4) food stamps ($214). The application also reflects three dependents.

It is not clear if the first source refers to a one time cash aid payment, or a monthly payment. If it is a monthly payment then the annual household income would equal $40,608, in excess of the federal poverty guidelines for a household of 5 ($35,140).[1]

In any case, a more detailed description of expenses and income would help the Court determine whether Plaintiff satisfies the requirements under § 1915 to proceed *in forma pauperis*.

Accordingly, it is **ORDERED** that Plaintiff is directed to complete and file the Long Form IFP application, AO 239.[2]

IT IS SO ORDERED.

---

[1] *See* https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last accessed 4/27/2023)
[2] Available at https://www.uscourts.gov/sites/default/files/ao239_1.pdf

Dated: **April 27, 2023**           **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE