UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDDIE ALONZO SALINAS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:23-cv-00634-GSA<br><br>**ORDER DIRECTING PLAINTIFF TO FILE LONG FORM IFP APPLICATION**<br><br>(Doc. 2) |

Plaintiff was directed to complete and file the Long Form IFP application, AO 239,[1] on April 27, 2023.

Accordingly, Plaintiff is directed to either file the Long Form IFP application or pay the filing fee within 30 days of the entry of this order.

IT IS SO ORDERED.

Dated:    **June 6, 2023**           /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Available at https://www.uscourts.gov/sites/default/files/ao239_1.pdf