1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDDIE ALONZO SALINAS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>Defendant. | CASE NO.: 1:23-cv-00634-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2, 10) |

15

16

17

18

Plaintiff moved to proceed *in forma pauperis* under 28 U.S.C. § 1915.  The original short form application reflected the following income sources: 1) cash aid ($1,070), 2) girlfriend's social security ($1,100); 3) son's social security ($1,000), and 4) food stamps ($214). The application also reflected three dependents.

19

20

21

22

It was unclear whether the first source referred to a one-time cash aid payment or a monthly payment.  If it was a monthly payment then the annual household income would equal $40,608, in excess of the federal poverty guidelines for a household of 5 ($35,140).[1]  Accordingly, Plaintiff was directed to file a long form application.

23

### I.    Legal Standard

24

25

26

27

The determination whether a party may proceed in forma pauperis is a "matter within the discretion of the trial court . . ." *Weller v. Dickinson*, 314 F.2d 598, 600 (9th Cir. 1963). To proceed in forma pauperis a plaintiff need not demonstrate that he is completely destitute, but his poverty must prevent him from paying the filing fee and providing himself and his dependents (if any) with

28

---

[1] See https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines

1    the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co*., 335 U.S. 331, 339–40 (1948).

2    Although there is no bright line rule, courts look to the federal poverty guidelines developed each

3    year by the Department of Health and Human Services. *See, e.g., Lint v. City of Boise*, No. CV09-

4    72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

5    **II.      Analysis**

6        The long form application reflects that the cash aid is a monthly payment (Doc. 10 at 2),

7    but the application no longer reflects the son's social security income of $1,000 per month, reducing

8    the monthly income to $2,440 per month ($29,280 per year), below the poverty threshold for a

9    household of 5 ($35,140).  The application also reflects monthly expenses roughly equivalent to

10   monthly income, no cash on hand, and no other assets or cash equivalents.  This suggests Plaintiff

11   cannot pay the filing fee without sacrificing the necessities of daily life.

12       Accordingly, it is **ORDERED** that:

13   1.      Plaintiff's application to proceed in forma pauperis (Docs. 2, 10) is **GRANTED**.

14   2.      The Clerk of Court is **DIRECTED** to issue new case documents including: 1)

15           summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of

16           consent/decline to proceed before a magistrate judge; 4) scheduling order.

17

18

19   IT IS SO ORDERED.

20       Dated:    **July 14, 2023**                    **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28
                                                    2