UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDDIE ALONZO SALINAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:23-cv-00634-GSA<br><br>**ORDER GRANTING BRIEFING EXTENSION AND CLARIFYING DEADLINES** |

　　　Before Plaintiff filed his long form IFP application (Doc. 10), the Commissioner filed the Certified Administrative Record (Doc. 9). Thereafter, the parties stipulated to extend the briefing schedule (Doc. 11). As the IFP application was still pending, no scheduling order had yet issued and no deadlines were applicable.

　　　Because the scheduling order will reference deadlines running from the CAR filing date, to simplify matters the briefing scheduling can proceed as if the scheduling order had issued when the CAR was filed, and that schedule will be extended along the timelines referenced therein and subject to the parties agreed upon extension.

　　　Accordingly, it is **ORDERED** that Plaintiff's motion for summary judgment is due on or before September 25, 2023, with all other deadlines extended accordingly along the timelines specified in the scheduling order.

IT IS SO ORDERED.

Dated:　**July 14, 2023**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE