# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY E. A. SALINAS,<br>　　　Plaintiff,<br>　　v.<br>Commissioner of Social Security,<br>　　　Defendant. | 1:23-cv-00634-GSA<br><br>**ORDER OF REMAND AND DIRECTING ENTRY OF JUDGMENT**<br><br>**(Doc. 17)** |

　　As stipulated (Doc. 19), this case is **remanded** to the Commissioner for further proceedings per 42 U.S.C. 405(g) sentence four.  On remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.

　　Judgment is **directed** for Plaintiff.

IT IS SO ORDERED.

　　Dated:　**April 18, 2024**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE