UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY EDDIE ALONZO SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO.: 1:23-cv-00634-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 22) |

Pursuant to stipulation, Doc. 22, it is ORDERED that attorney fees and expenses of $6,237.81, and no costs, are awarded to Plaintiff subject to the terms set forth in the stipulation dated July 11, 2024.

IT IS SO ORDERED.

Dated:   **July 11, 2024**            /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE